JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHN PETER ARCHER,<br><br>  Plaintiff,<br><br>  v.<br><br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, et al.,<br><br>  Defendants. | Case No. 2:22-cv-01731-DSF-JDE<br><br>JUDGMENT |

Pursuant to the Order of Dismissal,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: April 25, 2022

_____
DALE S. FISCHER
United States District Judge